IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| MIRARCHI BROTHERS, INC., | ) |
| | ) |
| Appellant, | ) |
| | ) |
| v. | ) Case No. 13-1867 |
| | ) |
| NATIONAL ELECTRICAL BENEFIT FUND, | ) |
| | ) |
| Appellee. | ) |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 46(c), Kevin J. Mahoney of the law firm Snee, Mahoney, Lutche & Helmlinger, P.A. hereby withdraws as counsel of record for Defendant/Appellant Mirarchi Brothers, Inc., on the ground that the Defendant/Appellant will continue to be represented by Matthew I. Sack of the law firm Davis, Bucco and Ardizzi, and Jeffrey D. McMahan, Jr. of the law firm McGuireWoods LLP.

Wherefore, the undersigned respectfully requests that this motion be allowed.

Dated: July 15, 2013

Respectfully Submitted,

_____
Kevin J. Mahoney
Snee, Mahoney, Lutche & Helmlinger, P.A.
11 S. Main St.
Bel Air, Maryland 21014
(410) 893-7500 (Telephone)
(410) 893-8774 (Facsimile)
kmahoney@smlhlaw.com

*Former Counsel for Mirarchi Brothers, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system was sent electronically to the registered participates as identified in the Notice of Electronic Filing on July 15, 2013.

Kevin J. Mahoney