# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## DOCKETING STATEMENT--CIVIL/AGENCY CASES

**Directions:** Counsel must make a **docketing statement (civil/agency) filed** entry in CM/ECF within 14 days of docketing of the appeal, or within the due date set by the clerk's docketing notice, whichever is later. File with the entry the (1) docketing statement form with any extended answers and (2) any transcript order form. Parties proceeding pro se are not required to file a docketing statement. Opposing counsel who finds a docketing statement inaccurate or incomplete may file any objections within 10 days of service of the docketing statement using the ECF event-**docketing statement objection/correction filed**.

| | |
|---|---|
| **Appeal No. & Caption** | 13-1867, Nat'l Electrical Benefit Fund v. Mirarchi Brothers, Inc. |
| **Originating No. & Caption** | 8:11-cv-02621-DKC, Nat'l Elec. Benefit Fund v. Mirarchi Bros. |
| **Originating Court/Agency** | US District Court, District of Maryland |

| **Jurisdiction** (answer any that apply) | | | |
|---|---|---|---|
| Statute establishing jurisdiction in Court of Appeals | 28 U.S.C. § 1291 | | |
| Time allowed for filing in Court of Appeals | 30 days from Rule 60 Order | | |
| Date of entry of order or judgment appealed | 11/28/12 | | |
| Date notice of appeal or petition for review filed | 6/26/13 | | |
| If cross appeal, date first appeal filed | n/a | | |
| Date of filing any post-judgment motion | 12/3/12 | | |
| Date order entered disposing of any post-judgment motion | 6/11/13 | | |
| Date of filing any motion to extend appeal period | n/a | | |
| Time for filing appeal extended to | n/a | | |
| Is appeal from final judgment or order? | ⦿ Yes | ○ No | |
| If appeal is not from final judgment, why is order appealable? | | | |

| **Settlement** (The docketing statement is used by the circuit mediator in pre-briefing review and mediation conducted under Local Rule 33. Counsel may make a confidential request for mediation by calling the Office of the Circuit Mediator at 804-379-4071.) | | |
|---|---|---|
| Is settlement being discussed? | ○ Yes | ⦿ No |

01/30/2013
SCC

| **Transcript** (transcript order must be attached if transcript is needed and not yet on file) | | |
|---|---|---|
| Is transcript needed for this appeal? | ○ Yes | ⦿ No |
| Has transcript been filed in district court? | ○ Yes | ⦿ No |
| Is transcript order attached? | ○ Yes | ⦿ No |

| **Case Handling Requirements** (answer any that apply) | | |
|---|---|---|
| Case number of any prior appeal in same case | | |
| Case number of any pending appeal in same case | | |
| Identification of any case pending in this Court or Supreme Court raising similar issue | | |
| | If abeyance or consolidation is warranted, counsel must file an appropriate motion. | |
| Is expedited disposition necessary? | ○ Yes | ⦿ No |
| | If yes, motion to expedite must be filed. | |
| Is oral argument necessary? | ○ Yes | ⦿ No |
| Does case involve question of first impression? | ○ Yes | ⦿ No |
| Does appeal challenge constitutionality of federal or state statute in case to which federal or state government is not a party | ○ Yes | ⦿ No |
| | If yes, notice re: challenge to constitutionality of law must be filed. | |

| **Nature of Case** (Nature of case and disposition below. Attach additional page if necessary.) |
|---|
| On or about September 14, 2011, Plaintiff, National Electric Benefit Fund, filed a Complaint alleging that the Plaintiff and Defendant, Mirarchi Brothers, Inc. are parties to a collective bargaining agreement (the "agreement"). This agreement allegedly required Defendant to remit certain contributions and payments to Plaintiff. Plaintiff alleges that Defendant is delinquent in its contributions in the amount of $25,038.74, representing unpaid amounts from July 2008 through December 2009. Plaintiff claims further that Defendant is also responsible for interest, liquidated damages and attorney's fees as result of its alleged delinquency. |

| **Issues** (Non-binding statement of issues on appeal. Attach additional page if necessary) |
|---|
| Plaintiffs filed a Motion for Summary Judgment on May 1, 2012, seeking judgment against Defendant for the amount pled in Plaintiffs' Complaint. Defendant filed an Answer and Brief in Opposition to Plaintiffs' Motion. In support of its Answer to Plaintiffs' Motion for Summary Judgment, Defendant submits an Affidavit of Ralph Mirarchi attached hereto as Exhibit "A." In the Affidavit, Mr. Mirarchi testified that NEBF, by its trustees, was a Plaintiff in a prior action filed against Mirarchi Brothers on or about October 7, 2010 in the United States District Court for the Eastern District of Pennsylvania, titled Local Union 98, et al. v. Mirarchi Brothers, Inc., et al., No. 10-5287 (hereafter "prior action"). In the prior action, the plaintiffs, including NEBF, sought monetary payments from Mirarchi which they claimed to be due pursuant to a collective bargaining agreement with Local Union 98. On or about October 10, 2011, a settlement agreement was reached between the plaintiffs in the prior action, including NEBF, and Mirarchi. The settlement agreement reached in the prior action encompasses and includes the funds which NEBF is currently seeking from Mirarchi in the instant action. NEBF was a party in the prior action, a party to the settlement agreement reached in the prior action and thereby bound to the terms of that agreement. |

| **Adverse Parties** (List adverse parties to this appeal and their attorneys; provide party's address if the party is not represented by counsel. Attach additional page if necessary.) ||
|---|---|
| Adverse Party: Nat'l Elec. Benefit Fund | Adverse Party: |
| Attorney: Jennifer Bush Hawkins<br>Address: Potts Dupre Difede and Hawkins<br>900 Seventh St NW Ste 1020<br>Washington, DC 20001 | Attorney:<br>Address: |
| E-mail: jhawkins@pdhlaw.net | E-mail: |
| Phone: 202-223-0888 | Phone: |
| **Adverse Parties (continued)** ||
| Adverse Party: | Adverse Party: |
| Attorney:<br>Address: | Attorney:<br>Address: |
| E-mail: | E-mail: |
| Phone: | Phone: |

| **Appellant** (Attach additional page if necessary.) ||
|---|---|
| Name: Mirarchi Brothers, Inc.<br><br>Attorney: Matthew I. Sack<br>Address: Davis Bucco and Ardizzi<br>    10 E Sixth Ave Ste 100<br>    Conshohocken, PA 19428<br><br>E-mail: msack@davisbucco.com<br><br>Phone: (610) 238-0880 | Name: Mirarchi Brothers, Inc.<br><br>Attorney: Jeffrey D. McMahan, Jr.<br>Address: McGuireWoods LLP<br>    One James Center<br>    901 East Cary Street<br>    Richmond, Virginia 23219<br><br>E-mail: jmcmahan@mcguirewoods.com<br><br>Phone: (804) 775-1132 |
| **Appellant (continued)** ||
| Name:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: | Name:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: |

**Signature:** /s/ Jeffrey D. McMahan, Jr.          **Date:** July 17, 2013

**Counsel for:** Mirarchi Brothers, Inc.

**Certificate of Service**: I certify that on ___July 17, 2013___ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below (Attach additional page if necessary):

| | |
|---|---|
| Jennifer Bush Hawkins (via cm/ecf) | |
| Signature: /s/ Jeffrey D. McMahan, Jr. | Date: July 17, 2013 |